

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AMO ENTERPRISES, INC., | § | No. 08-17-00002-CV |
| Appellant | § | Appeal from the |
| V. | § | 327th District Court |
| RAMON PEREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCV0855) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss appeal and concludes the motion should be granted and appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.